# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

DARREN FINDLING, as Personal
Representative of **the ESTATE OF
AMY HOWES,** Deceased,

    Plaintiff,

v

RIETH-RILEY CONSTRUCTION CO.,
INC., a foreign corporation,

    Defendant.

Case No: 2:19-cv-11525
Judge: Bernard A. Friedman
Magistrate: David A. Grand

---

| | |
|---|---|
| Jason A. Waechter (P47651) | Eric A. Riegner (P80346) |
| LAW OFFICE OF JASON A. WAECHTER | (Adm Pending for EDMI) |
| Attorney for Plaintiff | FROST BROWN TODD, LLC |
| 19080 W. Ten Mile Rd. | Attorneys for Defendant |
| Southfield, MI 48075 | 201 N. Illinois St., Ste. 1900 |
| (248) 355-4701/Fax (248) 281-0006 | PO Box 44961 |
| jason@lawyerforlife.com | Indianapolis, IN 46204 |
| sue@lawyerforlife.com | (317) 237-3800 |
| | eriegner@fbtlaw.com |

David B. Landry (P32055)
LANDRY, MAZZEO & DEMBINSKI
Co-Counsel for Defendant
37000 Grand River Ave., Ste. 200
Farmington Hills, MI 48335
(248) 476-6900/Fax (248) 476-6564
dlandry@lmdlaw.com

---

## ORDER APPROVING WRONGFUL DEATH SETTLEMENT
## AND DISTRIBUTION OF PROCEEDS

This matter having come before the Court by way of Plaintiff's *Motion to Approve Wrongful Death Settlement and Distribution of Proceeds,* notice having been given to all interested parties, and this Court being duly advised in the premises:

**IT IS HEREBY ORDERED** that the Court has the jurisdiction to approve the settlement and distribution of the proceeds and enter this Order.

**IT IS FURTHER ORDERED** that the confidential settlement against Rieth-Riley Construction Co., Inc. arising from the August 1, 2018 motor vehicle accident is found to be fair, reasonable, and in the best interest of the Estate and the Wrongful Death Claimants and is approved.

**IT IS FURTHER ORDERED** that the form of the Release between the Estate of Amy Howes and Rieth-Riley Construction Co., Inc. *attached as Confidential Exhibit 2*, is approved.

**IT IS FURTHER ORDERED** that attorney Jason Waechter's costs and attorney fee reflected in *Confidential Exhibit 3* are approved and shall be paid from the settlement proceeds.

**IT IS FURTHER ORDERED** that the Darren Findling Law Firm, PLC's, costs and attorney fee for Estate administration reflected in *Confidential Exhibit 3* are approved and shall be paid from the settlement proceeds.

**IT IS FURTHER ORDERED** that no allocation of settlement proceeds shall be issued to the Estate of Amy Howes for conscious pain and suffering as there is no evidence to support the same.

**IT IS FURTHER ORDERED** that after payment of costs and fees, the net settlement proceeds for loss of support and society and companionship, in accordance with the Settlement Agreement executed by the wrongful death claimants, which resolved all disputes concerning the division of the proceeds, provided to the Court on March 1, 2021, shall be distributed as follows:

| | |
|---|---|
| Bryan Howes | 28.5% |
| Timothy Howes | 28.5% |
| Hailey Howes | 28.5% |
| Steven Siekierzynski | 5.5% |
| Donna Abraham | 5.5% |
| Michael Siekierzynski | 1.5% |
| Connie Carroll | 1.5% |
| Charles Siekierzynski | .5% |
| Remainder of Claimants | $0.00 |

**IT IS SO ORDERED.**

Dated: March 4, 2021  
     Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge