UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DARREN FINDLING, as Personal Representative of the ESTATE OF AMY HOWES, DECEASED, <br><br> Plaintiff, <br> v. <br><br> RIETH-RILEY CONSTRUCTION CO., INC., a foreign corporation, <br><br> Defendant. | Case No. 2:19-cv-11525 <br> Hon. Bernard A. Friedman, Judge <br> Hon. David R. Grand, Magistrate |

## **STIPULATION OF DISMISSAL, WITH PREJUDICE**

The parties, by their respective counsel, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of this action, with prejudice, each party to bear and pay their own costs and attorneys' fees in the above-captioned cause of action.

*/s/ Jason A. Waechter*
Jason A. Waechter, #P47651
Law Offices of Jason A. Waechter
19080 West Ten Mile Road, 2nd Floor
Southfield, MI 48075
248-355-4701
jason@lawyerforlife.com
*Attorneys for Plaintiff*

*/s/ Eric A. Riegner*
Eric A. Riegner, #P80346
Frost Brown Todd LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN  46244-0961
317-237-3800
eriegner@fbtlaw.com
*Attorneys for Defendant*

David B. Landry, #P32055
Landry, Mazzeo & Dembinski P.C.
37000 Grand River Avenue, Suite 200
Farmington Hills, MI 48335
248-276-6900
dlandry@lmdlaw.com
*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| DARREN FINDLING, as Personal Representative of the ESTATE OF AMY HOWES, DECEASED, | ) ) ) ) | CASE NO. 2:19-cv-11525 Hon. Bernard A. Friedman, Judge Hon. David R. Grand, Magistrate |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RIETH-RILEY CONSTRUCTION CO., INC., a foreign corporation, | ) ) ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

The Court, upon stipulation by the parties, hereby ORDERS that all claims in this cause are dismissed, with prejudice, costs paid.

DATED: April 16, 2021

 s/Bernard A. Friedman
_____
Senior United States District Judge

**Distribution:**

Eric A. Riegner
Frost Brown Todd LLC
eriegner@fbtlaw.com

David B. Landry, #P32055
Landry, Mazzeo & Dembinski P.C.
dlandry@lmdlaw.com

Jason A. Waechter
Law Offices of Jason A. Waechter
jason@lawyerforlife.com